**99–1305. State v. Koniski.**
Jefferson App. No. 90J1. On motion for leave to file delayed appeal. Motion denied.

**99–1307. State v. Pariscoff.**
Fairfield App. No. 97CA41. On motion for leave to file delayed appeal. Motion denied.

**99–1351. State v. Stoll.**
Lucas App. No. L–96–112. On motion for leave to file delayed appeal. Motion denied.
   RESNICK, J., not participating.

**99–1391. State v. Black.**
Hamilton App. No. C–980197. On motion for leave to file delayed appeal. Motion denied.

**99–1413. State v. Gutierrez.**
Lucas App. No. L–97–1278. On motion for leave to file delayed appeal. Motion denied.

**99–1415. State v. Fincher.**
Franklin App. No. 97APA04–494. On motion for leave to file delayed appeal. Motion denied.

**99–1518. Berry v. Greene.**
In Habeas Corpus. *Sua sponte*, alternative writ granted.
   MOYER, C.J., RESNICK and COOK, JJ., dissent and would dismiss the cause.

**99–1521. State ex rel. Dispatch Printing Co. v. Columbus.**
Franklin App. No. 99AP–766. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion to stay execution of the judgment pending appeal to this court,
   IT IS ORDERED by the court that the motion to stay execution of the judgment pending appeal to this court be, and hereby is, granted.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1552. State ex rel. Ohio Patrolmen's Benevolent Assn. v. Mentor.**
In Mandamus. Upon consideration of relators' request for an expedited schedule,
   IT IS ORDERED that the request is DENIED and that this cause is referred for a settlement conference pursuant to S.Ct.Prac.R. XIV(6). This referral does not alter respondents' duty under S.Ct.Prac.R. X(5) to file a response to relators' complaint.
   DOUGLAS, J., dissents and would grant the motion.

## DISCRETIONARY APPEALS ALLOWED

**99–788. State v. Eppinger.**
Cuyahoga App. No. 72686. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 99–765, *State v. Suffecool*, Stark App. No. 1998CA00101; briefing schedule stayed.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**99–818. Retterer v. Whirlpool Corp.**
Marion App. No. 9–98–55. Discretionary appeal allowed and motion for admission *pro hac vice* of David J. Parsons and Shanthi V. Gaur by Thomas A. Frericks granted.
   COOK and LUNDBERG STRATTON, JJ., dissent.

**99–826. Joseph v. CSX Transp. Co.**
Seneca App. No. 13–98–68. Discretionary appeal allowed.
   COOK, J., would hold this cause for the decision in 99–219, 222, 223 and 224, *Karr v. Borchardt*, Seneca App. Nos. 13–98–33, 13–98–36, 13–98–35 and 13–98–34.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–848. Paton v. Paton.**
Allen App. No. 1–98–74. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 99–934 and 99–1095, *Williams v. Williams*, Warren App. No. CA98–09–114; briefing schedule stayed.